**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> INTROCAN, INC., <br><br>           Debtor. | Chapter 7 <br><br> Case No. 13-11499 (BLS) |
| In re: <br><br> FENWICK AUTOMOTIVE PRODUCTS LIMITED, <br><br>           Debtor. | Chapter 7 <br><br> Case No. 13-11500 (BLS) |
| In re: <br><br> FLO-PRO, INC., <br><br>           Debtor. | Chapter 7 <br><br> Case No. 13-11501 (BLS) |
| In re: <br><br> LH DISTRIBUTION, INC., <br><br>           Debtor. | Chapter 7 <br><br> Case No. 13-11502 (BLS) |
| In re: <br><br> RAFKO LOGISTICS INC., <br><br>           Debtor. | Chapter 7 <br><br> Case No. 11504 (BLS) |
| In re: <br><br> RAFKO HOLDINGS INC., <br><br>          Debtor. | Chapter 7 <br><br> Case No. 13-11505 (BLS) |
| In re: <br><br> RAFKO ENTERPRISES INC., <br><br>          Debtor. | Chapter 7 <br><br> Case No. 13-11507 (BLS) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below, hereby appear as counsel for M&T Bank, also known as Manufacturers and Traders Trust Company, and pursuant to Bankruptcy Rules 2002 and 9010, the undersigned request that an entry be made on the Clerk's Matrix in these cases, and that all notices given or required to be given and all papers served or required to be served, in these cases, be given to and served on:

| | |
|---|---|
| Dennis A. Meloro | Diane E. Vuocolo |
| melorod@gtlaw.com | vuocolod@gtlaw.com |
| Sandra G. M. Selzer | Greenberg Traurig, LLP |
| selzers@gtlaw.com | 2700 Two Commerce Square |
| Greenberg Traurig, LLP | 2001 Market Street |
| The Nemours Building | Philadelphia, PA 19103 |
| 1007 North Orange Street, Suite 1200 | (215) 988-7800 |
| Wilmington, DE 19801 | Fax: (215) 988-7801 |
| (302) 661-7000 | |
| Fax: (302) 661-7360 | |

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the Debtors, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

PLEASE TAKE FURTHER NOTICE that the undersigned intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which

it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 12, 2013  GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Dennis A. Meloro (Bar No. 4435)
Sandra G. M. Selzer (Bar No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801
(302) 661-7000
Facsimile: (302) 661-7360
melorod@gtlaw.com
selzers@gtlaw.com

And

Diane Vuocolo
Greenberg Traurig, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 988-7800
Fax:  (215) 988-7801
vuocolod@gtlaw.com

Attorneys for M&T Bank, also known as Manufacturers and Traders Trust Company