**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>INTROCAN, INC.,<br>　　　　Debtor. | Case No. 13-11499 (BLS)<br>Chapter 7 |
| In re:<br>FENWICK AUTOMOTIVE PRODUCTS LIMITED,<br>　　　　Debtor. | Case No. 13-11500 (BLS)<br>Chapter 7 |
| In re:<br>FLO-PRO INC.,<br>　　　　Debtor. | Case No. 13-11501 (BLS)<br>Chapter 7 |
| In re:<br>LH DISTRIBUTION INC.,<br>　　　　Debtor. | Case No. 13-11502 (BLS)<br>Chapter 7 |
| In re:<br>RAFKO LOGISTICS INC.,<br>　　　　Debtor. | Case No 13-11504 (BLS)<br>Chapter 7 |
| In re:<br>RAFKO HOLDINGS INC.,<br>　　　　Debtor. | Case No. 13-11505 (BLS)<br>Chapter 7 |
| In re:<br>RAFKO ENTERPRISES INC.,<br>　　　　Debtor. | Case No. 13-11507 (BLS)<br>Chapter 7 |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**<u>HEARING ON AUGUST 22, 2013 AT 11:30 AM.</u>**

17114744\1 00601.0823.000/337792.000
08/20/2013

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

1. Application of Chapter 7 Trustee, George L. Miller to Employ Cozen O'Connor as Counsel to the Trustee Nunc Pro Tunc Filed by George L. Miller, Trustee
   [Filed 7/1/2013; Docket No. 21]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certification of No Objection [Filed 8/2/2103; Docket No. 29] |
   | | (b) | Entered Order Approving Application [Filed 8/8/2013; Docket No. 32] |
   | Objection Deadline: | | July 22, 2013 at 4:00 p.m. |
   | Responses Received: | | None |
   | Status: | | This matter is concluded by entry of an Order. No hearing is required. |

2. Application of Chapter 7 Trustee, George L. Miller, to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultant Nunc Pro Tunc Filed by George L. Miller, Trustee
   [Filed 6/26/2013; Docket No. 19]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certification of No Objection [Filed 8/1/2013; Docket No. 27] |
   | | (b) | Entered Order Approving Application [Filed 8/8/2013; Docket No. 31] |
   | Objection Deadline: | | July 17, 2013 at 4:00 p.m. |
   | Responses Received: | | None |
   | Status: | | This matter is concluded by entry of an Order. No hearing is required. |

**CONTESTED MATTERS GOING FORWARD:**

3. Motion of George L. Miller Chapter 7 Trustee for Order Authorizing Chapter 7 Trustee to Prepare and File Debtors' Schedules and Statement of Financial Affairs, Extending Time for Filing Schedules and Statement of Financial Affairs, and Approving Reimbursement of Expenses Incurred as an Administrative Expense Filed by George L. Miller, Trustee
[Filed 6/24/2013; Docket No. 18]

| | | |
|---|---|---|
| Related Documents: | (a) | Proposed Order |
| | (b) | Amended Notice of Hearing [Filed 8/15/2013; Docket No. 34] |
| Objection Deadline: | | July 15, 2013 at 4:00 p.m. |
| Responses Received: | | |
| | (c) | Reservation of Rights and Limited Objection of M&T Bank to Motion of George L. Miller, Chapter 7 Trustee for Order Authorizing Chapter 7 Trustee to Prepare and File Debtors' Schedules and Statement of Financial Affairs, Extending Time for Filing Schedules and Statement of Financial Affairs, and Approving Reimbursement of Expenses Incurred as an Administrative Expense [Filed 7/15/2013; Docket No. 23] |
| Status: | | This matter is going forward. Trustee will request the entry of the Proposed Order. |

17114744\1 00601.0823.000/337792.000
08/20/2013

4. Pre-Trial Scheduling Conference: Adversary Proc. No. 13-51213; In re: Jerrod Hunter-Smith on his own behalf and on behalf of all other persons similarly situated v. Fenwick Automotive Products, Limited, LH Distribution, Inc., Rafko Enterprises, Inc., and Introcan, Inc.

  Related Documents: (a) Class Action Adversary Proceeding Complaint
    [Filed 6/28/2013; Docket No. 1]

  Objection Deadline: August 8, 2013 at 4:00 p.m.

  Responses Received:
    (b) Answer to Class Action Adversary Proceeding Complaint Filed by George L. Miller, Trustee
    [Filed 8/8/2013; Docket No. 5]

  Status: This matter is going forward. Movant will request the entry of a Scheduling Order.

## UNCONTESTED MATTERS GOING FORWARD:

5. Application of George L. Miller, Chapter 7 Trustee, Pursuant to 11 U.S.C. §327(a) and Fed. R. Bankr. P. 2014 and 6005 for an Order Authorizing the Retention of Tiger Valuation Services LLC d/b/a Tiger Remarketing Services as Sales Agent Filed by George L. Miller, Trustee
[Filed 7/3/2013; Docket No. 22]

  Related Documents: None

  Objection Deadline: July 24, 2013 at 4:00 p.m.

  Responses Received: None

  Status: Trustee will submit a revised Proposed Order and will request the entry of same.

6.  Trustee's Motion for Entry of (I) an Order (A) Approving Bidding Procedures in Connection With Sale(s) of Substantially all of the Estates' Assets, (B) Scheduling an Auction and Hearing to Consider Proposed Sale(s) and Approving the Form and Manner of Notice Thereof, and (C) Authorizing Trustee to Liquidate Residual Assets Via Auction Sale(s); And (II) an Order (A) Approving the Sale(s), and (B) Granting Certain Related Relief Filed by George L. Miller, Trustee
    [Filed 8/15/2013; Docket No. 36]

    <u>Related Documents</u>:

    (a)  Trustee's Motion for Entry of Order Scheduling Expedited Hearing and Shortening Notice Period [Filed 8/15/2013; Docket No. 37]

    (b)  Order Granting Trustee's Motion for Entry of Order Scheduling Expedited Hearing and Shortening Notice Period
         [Filed 8/16/2013; Docket No. 38]

    <u>Objection Deadline</u>:     August 22, 2013 at 11:30 a.m.

    <u>Responses Received</u>:    None as of this filing.

    <u>Status</u>:                 This matter is going forward. Trustee will request the entry of a Bid Procedures Order.

Dated: August 20, 2013

COZEN O'CONNOR

*/s/ John T. Carroll, III*

_____
John T. Carroll, III, Esq. (DE No. 4060)
Simon E. Fraser (DE No. 5335)
1201 North Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2000 Phone
(302) 295-2013 Fax
E:-mail: jcarroll@cozen.com
E-mail: sfraser@cozen.com

**Counsel to George L. Miller, Chapter 7 Trustee**