# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>INTROCAN, INC.,<br>    Debtor. | Case No. 13-11499 (BLS)<br>Chapter 7<br>Related Doc. No. 36, 43 |
| In re:<br>FENWICK AUTOMOTIVE PRODUCTS LIMITED,<br>    Debtor. | Case No. 13-11500 (BLS)<br>Chapter 7<br>Related Doc. No. 53, 61 |
| In re:<br>FLO-PRO INC.,<br>    Debtor. | Case No. 13-11501 (BLS)<br>Chapter 7<br>Related Doc. No. 35, 42 |
| In re:<br>LH DISTRIBUTION INC.,<br>    Debtor. | Case No. 13-11502 (BLS)<br>Chapter 7<br>Related Doc. No. 36, 43 |
| In re:<br>RAFKO LOGISTICS INC.,<br>    Debtor. | Case No. 13-11504 (BLS)<br>Chapter 7<br>Related Doc. No. 35, 42 |
| In re:<br>RAFKO HOLDINGS INC.,<br>    Debtor. | Case No. 13-11505 (BLS)<br>Chapter 7<br>Related Doc. No. 35, 42 |
| In re:<br>RAFKO ENTERPRISES INC.,<br>    Debtor. | Case No. 13-11507 (BLS)<br>Chapter 7<br>Related Doc. No. 35, 42 |

**SALES AGENT'S REPORT OF SALE ON RESULTS OF TRUSTEE'S AUCTIONS
HELD ON AUGUST 30, 2013 AND SEPTEMBER 6, 2013**

Tiger Valuation Services LLC d/b/a Tiger Remarketing Services ("Tiger") as sales agent for George L. Miller, as chapter 7 trustee (the "Trustee") for the estates (the "Estates") of the above-captioned debtors (the "Debtors"), respectfully submits this Report of Sale in accordance with Federal Rule of Bankruptcy Procedure 6004(f) on the results of the auctions held on August 30, 2013 and September 6, 2013 respectively, in connection with (a) Trustee's Motion for Entry of (I) an Order (A) Approving Bidding Procedures in Connection With Sale(s) of Substantially all of the Estates' Assets, (B) Scheduling an Auction and Hearing to Consider Proposed Sale(s) and Approving the Form and Manner of Notice Thereof, and (C) Authorizing Trustee to Liquidate Residual Assets Via Auction Sale(s); And (II) an Order (A) Approving the Sale(s), and (B) Granting Certain Related Relief [Filed 8/15/2013; Docket No. 36] (the "Sale Motion"). In support hereof, Tiger respectfully represents as follows:

1. On June 10, 2013 (the "Petition Date"), the Debtors commenced these cases (the "Bankruptcy Cases") by filing voluntary petitions for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"). On or around that same day, the Trustee was appointed.

2. By the Sale Motion the Trustee sought the entry of orders, among other things, (a) approving bidding procedures in connection with the sale of substantially all of the assets of the Debtors' Estate, (the "Assets"), and (b) approving such sale or sales of the Assets of the Debtors' Estate, free and clear of all liens, claims and encumbrances, and granting related relief.

3. Additionally, by the Sale Motion, the Trustee sought authority to pursue one or more sales of the Assets including, without limitation, finished parts, inventory, machinery and equipment, accounts receivable (as deemed appropriate by the Trustee in consultation with M&T Bank) intellectual property, and a certain parcel of real property with buildings and

2

improvements located in Lock Haven, Pennsylvania. The Trustee sought to either sell all of the Assets together as a single package or, if appropriate, to break the Assets into separate Lots (each, a "Lot") for sale to multiple purchasers.

4. By Order dated August 22, 2013 [Docket No. 43], this Court entered an Order Granting Trustee's Motion for Entry of (I) Order (A) Approving Bidding Procedures in Connection With Sale(s) of Substantially all of the Estates' Assets, (B) Scheduling an Auction and Hearing to Consider Proposed Sale(s) and Approving the Form and Manner of Notice Thereof, and (C) Authorizing Trustee to Liquidate Residual Assets Via Auction Sale(s) (the "Bidding Procedures Order").[1] Pursuant to the Bidding Procedures Order, the Trustee was authorized, among other things, to solicit bids and conduct a Large Lot Auction of the Assets.

5. Pursuant to the Bidding Procedures Order, competing bids for any or all of the Debtors' Assets were required to be submitted to the Trustee and other parties on or before August 29, 2013 (the "Bid Deadline"). The Trustee in accordance with the Bidding Procedures Order extended the Bid Deadline for Lots 1 and 22 until September 5, 2013 at 12:00 p.m. Noon (Eastern Time) (the "Extended Bid Deadline") to accommodate a potential bidder's need for additional diligence. To the extent Qualified Bids for any of the Debtors' Assets were timely submitted by Qualified Bidders by the Bid Deadline and Extended Bid Deadline, auctions were held on August 30, 2013 (the "Initial Large Lot Auction") and on September 6, 2013 (with respect to Lots 1 and 22) (the "Second Large Lot Auction"; together with the Initial Large Lot Auction the "Large Lot Auctions"). A hearing to consider approval of the sale or sales of the Assets is presently scheduled to be held before the Court on September 9, 2013 at 11:30 a.m. (Eastern Time) (the "Sale Hearing").

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order and the Sale Motion.

3

6. Large Lot Auctions were held telephonically by Tiger and Qualified Bidders participated at the Large Lot Auctions.

7. The Initial Large Lot Auction was held telephonically by Tiger on August 30, 2013 and commenced at approximately 11:00 a.m. and was transcribed by a certified court reporter. The Large Lot Auction lasted for approximately 2.0 hours and comprised of several rounds of bidding.

8. At the conclusion of the Initial Large Lot Auction, the final bid submitted by Cardone Industries, Inc. ("Cardone") was determined by the Trustee and M&T Bank to be the highest and best bid, and Cardone was selected as the Successful Bidder of the Initial Large Lot Auction. Cardone's winning bid was comprised of a cash purchase price of $11,250,000.00 and payment of Tiger's Buyer's Premium. A copy of the Asset Purchase Agreement identifying the Assets sold which was entered into between the Trustee and Cardone is annexed hereto as Exhibit "A". In addition, the second highest and best bid for the Assets sold at the Initial Large Lot Auction was BBB Industries, LLC with a bid of $11,000,000 ("Alternate Bidder Initial Large Lot Auction").

9. The Second Large Lot Auction for Lots 1 and 22 was held telephonically by Tiger on September 6, 2013 and commenced at approximately 11:00 a.m. and was transcribed by a certified court reporter. The Second Large Lot Auction lasted for approximately 1.5 hours and comprised of several rounds of bidding.

10. At the conclusion of the Second Large Lot Auction, the final bid submitted by Triple Diamond Imports, Inc. ("Triple Diamond") was determined by the Trustee and M&T Bank to be the highest and best bid, and Triple Diamond was selected as the Successful Bidder of the Second Large Lot Auction. Triple Diamond's winning bid was comprised of a cash

4

purchase price of $1,042,500.00 and payment of Tiger's Buyer's Premium, if applicable. A copy of the Asset Purchase Agreement which identifies the Assets sold which was entered into between the Trustee and Triple Diamond is annexed here to as Exhibit "B". In addition, the second highest and best bid for Lot #22 at the Second Large Lot Auction was New Deal, LLC with a bid of $39,500 ("Alternate Bidder Second Large Lot Auction").

**WHEREFORE,** the Trustee respectfully requests that the Court enter an order (a) approving the Sale(s) of the Assets to the Successful Bidder(s) and Alternate Bidders at the Initial Large Lot Auction and Second Large Lot Auction; and (b) granting certain related relief and such other relief as the Court may deem appropriate.

Dated: September 6, 2013

Tiger Valuation Services LLC d/b/a
Tiger Remarketing Services

By: _____

Name: Andy Babcock

*Sales Agent to George L. Miller,
Chapter 7 Trustee*