# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:  INTROCAN INC.                     §   Case No. 13-11499- BLS
                                          §
                                          §
                                          §

_____Debtor(s)_____

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/10/2013. The undersigned trustee was appointed on 06/10/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         627,039.80

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 450,000.00 |
| Administrative expenses | 34,479.62 |
| Bank service fees | 9,845.60 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]         $ | 132,714.58 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/04/2013 and the deadline for filing governmental claims was 12/19/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,308.91. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $11,265.52 as interim compensation and now requests the sum of $2,043.39, for a total compensation of $13,308.91[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/23/2018                    By: /s/ George  L. Miller
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:** 13-11499- BLS

**Case Name:** INTROCAN INC.

**For Period Ending:** 07/23/2018

**Trustee Name:** (280160) George L. Miller

**Date Filed (f) or Converted (c):** 06/10/2013 (f)

**§ 341(a) Meeting Date:** 07/17/2013

**Claims Bar Date:** 11/04/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PREPAID LOCAL INCOME TAX | 109,234.00 | 109,234.00 | | 0.00 | FA |
| 2 | INVESTMENT IN FLO-PRO<br>Debtor will not receive any equity distribution.  The subsidiary is a debtor, case no. 11-11501 | 1.00 | 0.00 | | 0.00 | FA |
| 3 | INVESTMENT IN LH DISTRIBUTION<br>Debtor will not receive any equity distribution.  The subsidiary is a debtor, case no. 11-11502 | 1.00 | 0.00 | | 0.00 | FA |
| 4 | INVESTMENT IN RAFKO HOLDINGS<br>Debtor will not receive any equity distribution.  The subsidiary is a debtor, case no. 11-11505 | 240,001.00 | 0.00 | | 0.00 | FA |
| 5 | INTERCOMPANY RECEIVABLE - MPA<br>Resolved as part of the Global Settlement with MPA dated 11/16/2015 [D.I. 281] (see asset #7) | 828,406.00 | 828,406.00 | | 0.00 | FA |
| 6 | INTERCOMPANY RECEIVABLE - FENWICK<br>No distribution from Fenwick to this Debtor is anticipated by the Trustee. | 6,812,651.00 | 0.00 | | 0.00 | FA |
| 7 | RECOVERY FROM CLAIMS AGAINST MPA AND D&O (u) | 614,105.90 | 614,105.90 | | 614,105.90 | FA |
| 8 | Scheduled Administrative Cost Reimbursement (u) | 12,933.90 | 12,933.90 | | 12,933.90 | FA |
| 8 | **Assets Totals (Excluding unknown values)** | **$8,617,333.80** | **$1,564,679.80** | | **$627,039.80** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 08/31/2016

**Current Projected Date Of Final Report (TFR):** 07/23/2018 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| | |
|---|---|
| **Case No.:** | 13-11499- BLS |
| **Case Name:** | INTROCAN INC. |
| **Taxpayer ID #:** | **-***8230 |
| **For Period Ending:** | 07/23/2018 |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280160) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******2816 CHECKING |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/05/16 | {7} | Fenwick Automotive Products Limited | Allocation of the Estate Share of MPA Litigation Settlement Proceeds pursuant to Court Order dated 11/28/2016 [D.I. 372] | 1249-000 | 614,105.90 | | 614,105.90 |
| 12/05/16 | 600001 | Miller Coffey Tate LLP | 1st Fee and Expense Application pursuant to Court Order dated 12/02/13 [D.I. 109] | | | 8,791.40 | 605,314.50 |
| | | | Fees | 3310-000 | | | 605,314.50 |
| | | | $8,747.50 | | | | |
| | | | Expenses | 3320-000 | | | 605,314.50 |
| | | | $43.90 | | | | |
| 12/05/16 | 600002 | Miller Coffey Tate LLP | 2nd Fee and Expense Application pursuant to Court Order dated 08/15/14 [D.I. 137] | | | 781.20 | 604,533.30 |
| | | | Expenses | 3320-000 | | | 604,533.30 |
| | | | $40.20 | | | | |
| | | | Fees | 3310-000 | | | 604,533.30 |
| | | | $741.00 | | | | |
| 12/05/16 | 600003 | Miller Coffey Tate LLP | 3rd Fee and Expense Application pursuant to Court Order dated 12/02/14 [D.I. 149] | | | 319.00 | 604,214.30 |
| | | | Fees | 3310-000 | | | 604,214.30 |
| | | | $315.00 | | | | |
| | | | Expenses | 3320-000 | | | 604,214.30 |
| | | | $4.00 | | | | |
| 12/05/16 | 600004 | Miller Coffey Tate LLP | 4th Fee and Expense Application pursuant to Court Order dated 07/13/15 [D.I. 238] | | | 65.10 | 604,149.20 |
| | | | Fees | 3310-000 | | | 604,149.20 |
| | | | $61.00 | | | | |
| | | | Expenses | 3320-000 | | | 604,149.20 |
| | | | $4.10 | | | | |
| 12/05/16 | 600005 | Miller Coffey Tate LLP | 5th Fee and Expense Application pursuant to Court Order dated 11/16/15 [D.I. 280] | | | 1,451.60 | 602,697.60 |
| | | | Expenses | 3320-000 | | | 602,697.60 |
| | | | $1.10 | | | | |
| | | | Fees | 3310-000 | | | 602,697.60 |
| | | | $1,450.50 | | | | |
| 12/05/16 | 600006 | Miller Coffey Tate LLP | 6th Fee and Expense Application pursuant to Court Order dated 05/24/16 [D.I. 338] | | | 730.60 | 601,967.00 |
| | | | Expenses | 3320-000 | | | 601,967.00 |

**Page Subtotals:** $614,105.90  $12,138.90

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-11499- BLS |
| **Case Name:** | INTROCAN INC. |
| **Taxpayer ID #:** | **-***8230 |
| **For Period Ending:** | 07/23/2018 |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280160) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******2816 CHECKING |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $13.60 | | | | |
| | | | Fees | 3310-000 | | | 601,967.00 |
| | | | $717.00 | | | | |
| 12/05/16 | 600007 | Miller Coffey Tate LLP | 7th Fee and Expense Application pursuant to Court Order dated 11/28/16 [D.I. 375] Voided on 12/05/2016 | | | 730.60 | 601,236.40 |
| | | | Fees | 3310-004 | | | 601,236.40 |
| | | | $717.00 | | | | |
| | | | Expenses | 3320-004 | | | 601,236.40 |
| | | | $13.60 | | | | |
| 12/05/16 | 600007 | Miller Coffey Tate LLP | 7th Fee and Expense Application pursuant to Court Order dated 11/28/16 [D.I. 375] Voided: check issued on 12/05/2016 | | | -730.60 | 601,967.00 |
| | | | Fees | 3310-004 | | | 601,967.00 |
| | | | $717.00 | | | | |
| | | | Expenses | 3320-004 | | | 601,967.00 |
| | | | $13.60 | | | | |
| 12/05/16 | 600008 | Miller Coffey Tate LLP | 7th Fee and Expense Application pursuant to Court Order dated 11/28/16 [D.I. 375] | | | 796.90 | 601,170.10 |
| | | | Fees | 3310-000 | | | 601,170.10 |
| | | | $787.50 | | | | |
| | | | Expenses | 3320-000 | | | 601,170.10 |
| | | | $9.40 | | | | |
| 01/12/17 | 600009 | International Sureties LTD | Blanket Bond Renewal Bond #016026389 from 01/01/17 to 01/01/18 | 2300-000 | | 289.80 | 600,880.30 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 747.36 | 600,132.94 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 893.16 | 599,239.78 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 805.57 | 598,434.21 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 890.46 | 597,543.75 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507 | 2600-000 | | 860.51 | 596,683.24 |

**Page Subtotals:**    $0.00    $5,283.76

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 3

| Case No.: | 13-11499- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | INTROCAN INC. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***8230 | Account #: | ******2816 CHECKING |
| For Period Ending: | 07/23/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | (a)(2) | | | | |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 887.84 | 595,795.40 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 858.03 | 594,937.37 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 885.24 | 594,052.13 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 883.96 | 593,168.17 |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO RABOBANK | 9999-000 | | 593,168.17 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 614,105.90 | 614,105.90 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 593,168.17 | |
| **Subtotal** | **614,105.90** | **20,937.73** | |
| Less: Payments to Debtors | | **0.00** | |
| **NET Receipts / Disbursements** | **$614,105.90** | **$20,937.73** | |

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-11499- BLS | |
| **Case Name:** | INTROCAN INC. | |
| **Taxpayer ID #:** | **-***8230 | |
| **For Period Ending:** | 07/23/2018 | |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280160) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4866 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS FROM UNION BANK | 9999-000 | 593,168.17 | | 593,168.17 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 426.59 | 592,741.58 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 852.57 | 591,889.01 |
| 12/11/17 | 700001 | M&T BANK | Interim payment of 1.4% pursuant to Court Order dated 12/11/17 [D.I. 421] | | | 449,970.40 | 141,918.61 |
| | | | Interim payment of claim #15 - 1.4% pursuant to Court Order dated 12/11/17 [D.I. 421] $437,228.06 | 7100-000 | | | 141,918.61 |
| | | | Interim payment of claim #17 - 1.4% pursuant to Court Order dated 12/11/17 [D.I. 421] $9,548.76 | 7100-000 | | | 141,918.61 |
| | | | Interim payment of claim #21 - 1.4% pursuant to Court Order dated 12/11/17 [D.I. 421] $3,193.58 | 7100-000 | | | 141,918.61 |
| 12/11/17 | 700002 | Miller Coffey Tate LLP | 8th Interim fee app pursuant to Court Order dated 12/11/2017 [D.I. 422] | | | 9,988.50 | 131,930.11 |
| | | | Fees (8th Interim) $9,975.00 | 3310-000 | | | 131,930.11 |
| | | | Expenses (8th Interim) $13.50 | 3320-000 | | | 131,930.11 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 470.12 | 131,459.99 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 207.99 | 131,252.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 176.20 | 131,075.80 |
| 03/05/18 | 700003 | American InfoSource LP as agent for | Interim payment of 1.4% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 1.44 | 131,074.36 |
| 03/05/18 | 700004 | BDO Canada, LLP | Interim payment of 1.4% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 28.16 | 131,046.20 |
| 04/02/18 | 700005 | Fenwick Automotive Products, Ltd. | Reimbursement of Trustee compensation - Interim Distribution to George L. Miller, Trustee.  Payment to Fenwick Automotive from Introcan Inc. for Trustee Compensation allowed pursuant to Court Order dated 11/16/15 [D.I. 281], and paid from | 2100-000 | | 11,265.52 | 119,780.68 |

| | | |
|---|---|---|
| | **Page Subtotals:** | **$593,168.17** **$473,387.49** |

## Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 5

| | | |
|---|---|---|
| **Case No.:** | 13-11499- BLS | |
| **Case Name:** | INTROCAN INC. | |
| **Taxpayer ID #:** | **-***8230 | |
| **For Period Ending:** | 07/23/2018 | |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280160) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4866 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fenwick on 01/11/16 (check #605001) | | | | |
| 04/25/18 | {8} | Fenwick Automotive Products Limited | Reimbursement of Scheduled Administrative Costs in accordance with Court Order dated 07/31/2015 [D.I. 240] | 1229-000 | 12,933.90 | | 132,714.58 |

| | | | | |
|---|---|---|---|---|
| **COLUMN TOTALS** | | 606,102.07 | 473,387.49 | **$132,714.58** |
| Less: Bank Transfers/CDs | | 593,168.17 | 0.00 | |
| **Subtotal** | | **12,933.90** | **473,387.49** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$12,933.90** | **$473,387.49** | |

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-11499- BLS |
| **Case Name:** | INTROCAN INC. |
| **Taxpayer ID #:** | **-***8230 |
| **For Period Ending:** | 07/23/2018 |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280160) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4866 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $627,039.80 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $627,039.80 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2816 CHECKING | $614,105.90 | $20,937.73 | $0.00 |
| ******4866 Checking Account | $12,933.90 | $473,387.49 | $132,714.58 |
| | **$627,039.80** | **$494,325.22** | **$132,714.58** |

UST Form 101-7-TFR (5/1/2011)

Printed:   07/23/2018 10:41 AM

**Exhibit C**

Page:   1

**Claims Register**

**Case: 13-11499- BLS INTROCAN INC.**

**Claims Bar Date:**   11/4/13 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | George L. Miller<br><br>8 Penn Center Suite 950<br>1628 John F. Kennedy Blvd.<br>Philadelphia, PA 19103<br><br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7 | | $ 13,308.91<br>$ 13,308.91 | $11,265.52 | $2,043.39 |
| | | | Pursuant to the Court Order approving the Settlement between the Trustee, M&T Bank, MPA, and the Debtors' former officers and directors entered 11/16/15 [D.I. 281] (the "Settlement"), the Trustee agreed to fixed commission of $339,375.00 (the "Fixed Commission"), for the gross Settlement of D&O litigation proceeds of $18.5 million (the "Settlement Proceeds").  The allocation of the estate share of Settlement Proceeds attributable to Introcan was $614,105.90, pursuant to Court Order dated 11/28/2016 [D.I. 372].  The Trustee's commission based the allocated gross receipts of $614,105.90 was $11,265.52.  The Trustee has been paid the aggregate Fixed Commission of $339,375.00 from the Fenwick bankruptcy estate in accordance with the Litigation Sharing Agreement between the Trustee & M&T Bank approved by Court Order dated 07/13/2015 [D.I. 240]. Debtor's share of the Fixed Commission of $11,265.52 was paid to Fenwick as a reimbursement.  The Trustee's unpaid commission is the statutory commission based upon gross receipts of $12,933.90 not attributable to the Settlement Proceeds. | | | |
| MCTEXP | Miller Coffey Tate LLP<br><br>1628 John F. Kennedy Blvd., Suite 950<br>Philadelphia, PA 19103<br><br><3320-00 Accountant for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7 | | $ 132.40<br>$ 132.40 | $129.80 | $2.60 |
| MCTFEE | Miller Coffey Tate LLP<br><br>1628 John F. Kennedy Blvd., Suite 950<br>Philadelphia, PA 19103<br><br><3310-00 Accountant for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7 | | $ 24,946.50<br>$ 24,946.50 | $22,794.50 | $2,152.00 |

# Exhibit C

## Claims Register

**Case: 13-11499- BLS INTROCAN INC.**

**Claims Bar Date:**   11/4/13 12:00

| Claim # | Claimant Name/ <Category>,<br>Priority | Claim Type | Acct#/ Memo/Journal | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 1 | Great Match Consulting<br>PO Box 9627<br>Manchester, NH 03108<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured | Claim disallowed pursuant to Court Order dated 12/11/17 [D.I. 419] | $ 50,402.00<br>$ 0.00 | $0.00 | $0.00 |
| 2 | A.B. Plumbing Contractor, Inc.<br>24526 Marbella Ave.<br>Carson, CA 90745<br><br><5300-00 Wages - § 507(a)(4)>, 510 | Priority Unsecured | Claim #14 disallowed as duplicative of claim #2 pursuant to Court Order dated 11/28/16 [D.I. 373].  Claim #2, filed in the wrong case (see Exhibit C) disallowed as duplicative of claim #14 (see Exhibit B) pursuant to Court Order dated 12/11/17 [D.I. 419].  Claims #2 and #14 transferred to case no. 13-11500, pursuant to Court Order dated 12/11/17 [D.I. 419], Exhibit C. | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |
| 3 | David A. Crust Jr.<br>467 Antes Fort Front St.<br>Jersey Shore, PA 17740<br><br><5300-00 Wages - § 507(a)(4)>, 510 | Priority Unsecured | Claim disallowed pursuant to Court Order dated 12/11/17 [D.I. 419] | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |

# Exhibit C

## Claims Register

### Case: 13-11499- BLS INTROCAN INC.

**Claims Bar Date:**   11/4/13 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4-1 | FASTENAL COMPANY | Priority Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | PO Box 978 | | | $ 0.00 | | |
| | Winona, MN 55987-0978 | | Claim filed in the aggregate amount of $12,107.47 allowed and transferred pursuant to Court Order dated 12/11/17 [D.I. 419] as follows: | | | |
| | <5200-00 Involuntary Gap Claims§ 502(f)>, 505 | | To Fenwick Automotive Products, Case No. 13-11500, as a general unsecured claim in the amount of $1,113.70; To LH Distribution, Case No. 13-11502, as a priority claim in the amount of $642.46 and a general unsecured claim in the amount of $5,828.94; To Rafko Enterprises, Case No. 13-11507 (listed incorrectly on Exhibit "C" of the Second Omnibus Claims Objection), as a priority claim in the amount of $1,241.35 and a general unsecured claim in the amount of $3,281.02. | | | |
| 4-2 | FASTENAL COMPANY | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | P O BOX 978 | | | $ 0.00 | | |
| | Winona, MN 55987-0978 | | Claim filed in the aggregate amount of $12,107.47 allowed and transferred pursuant to Court Order dated 12/11/17 [D.I. 419] as follows: | | | |
| | <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | | To Fenwick Automotive Products, Case No. 13-11500, as a general unsecured claim in the amount of $1,113.70; To LH Distribution, Case No. 13-11502, as a priority claim in the amount of $642.46 and a general unsecured claim in the amount of $5,828.94; To Rafko Enterprises, Case No. 13-11507 (listed incorrectly on Exhibit "C" of the Second Omnibus Claims Objection), as a priority claim in the amount of $1,241.35 and a general unsecured claim in the amount of $3,281.02. | | | |

**Exhibit C**

**Claims Register**

**Case: 13-11499- BLS INTROCAN INC.**

**Claims Bar Date:**   11/4/13 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Ken Shaw Lexus Toyota 2336 St Clair Ave W Toronto, ON M6N 1K8 <5200-00 Involuntary Gap Claims§ 502(f)>, 505 | Priority Unsecured | Claims #5 filed in 13-11499; #62 filed in 13-11502; and #97 filed in 13-11507 are disallowed as duplicative of claim #169 filed in 13-11500 pursuant to Court Order dated 11/28/16 [D.I. 373]. | $ 0.00 $ 0.00 | $0.00 | $0.00 |
| 6 | BEARINGS 2000 SALES CO 290 W BOMITA AVE 2 Pomona, CA 91767 <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured | Claim #6 filed in 13-11499 disallowed as duplicative of claim #71 filed in 13-11500 pursuant to Court Order dated 11/28/16 [D.I. 373] | $ 0.00 $ 0.00 | $0.00 | $0.00 |
| 7 | Northern California Labels Inc 12809 Marquardt Avenue Santa Fe Springs, CA 90670 <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured | Claim #7 filed in 13-11499 disallowed as duplicative of claim #79 filed in 13-11500 pursuant to Court Order dated 11/28/16 [D.I. 373] | $ 0.00 $ 0.00 | $0.00 | $0.00 |
| 8 | Kelly L. Glozzer 12155 State Rte 405 Watsontown, PA 17777 <5300-00 Wages - § 507(a)(4)>, 510 | Priority Unsecured | Claim satisfied pursuant to WARN Act settlement resolved in District Court | $ 2,458.60 $ 0.00 | $0.00 | $0.00 |

# Exhibit C

## Claims Register

**Case: 13-11499- BLS INTROCAN INC.**

**Claims Bar Date:**   11/4/13 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Kristi M. Shuford<br>201 Turbot Avenue<br>Milton, PA 17847<br><br><5300-00 Wages - § 507(a)(4)>, 510 | Priority Unsecured | Claim satisfied pursuant to WARN Act settlement resolved in District Court | $ 2,393.68<br>$ 0.00 | $0.00 | $0.00 |
| 10 | HAINING AUTOMANN PARTS CO.,LTD<br>CHANGAN HAINING CITY<br>CHINA<br>Zhejiang Province, DE 31440<br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured | Claim #10 filed in 13-11499; claim #9 filed in 13-11501; claim #49 filed in 13-11502; claim #11 filed in 13-11505; and claim #78 filed in 13-11507 are all disallowed as duplicative of claim #126 filed in 13-11500 pursuant to Court Order dated 11/28/16 [D.I. 373]. | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |
| 11 | ROBIN E WIRTH<br>496 OAK LANE<br>Middleburg, PA 17842<br><br><5300-00 Wages - § 507(a)(4)>, 510 | Priority Unsecured | Claim satisfied pursuant to WARN Act settlement resolved in District Court | $ 2,373.00<br>$ 0.00 | $0.00 | $0.00 |
| 12 | JASON LEWIS<br>5810 SAN VICENTE #14<br>Los Angeles, CA 90019<br><br><5300-00 Wages - § 507(a)(4)>, 510 | Priority Unsecured | Claim #12 filed in 13-11499; claim #11 filed in 13-11501; and claim #14 filed in 13-11505 are all disallowed as duplicative of claim #70 filed in 13-11502 pursuant to Court Order dated 11/28/16 [D.I. 373]. | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |

**Exhibit C**

**Claims Register**

**Case: 13-11499- BLS INTROCAN INC.**

**Claims Bar Date:**   11/4/13 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13 | Cromac Inc<br>80 Summerlea Road<br>Brampton, ON L6T 4X3<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured | Claim transferred from Case No. 13-11499 to Case No. 13-11507 pursuant to Court Order dated 12/11/17 [D.I. 419]. | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |
| 14A | A.B. Plumbing Contractor, Inc.<br>24526 Marbella Ave.<br>Carson, CA 90745<br><br><5300-00 Wages - § 507(a)(4)>, 510 | Priority Unsecured | Claim #14 disallowed as duplicative of claim #2 pursuant to Court Order dated 11/28/16 [D.I. 373].  Claim #14 reclassified from a priority claim to a general unsecured claim pursuant to Court Order dated 12/11/2017 [D.I. 420].  Claim #2, filed in the wrong case (see Exhibit C) disallowed as duplicative of claim #14 (see Exhibit B) pursuant to Court Order dated 12/11/17 [D.I. 419].  Claims #2 and #14 transferred to case no. 13-11500, pursuant to Court Order dated 12/11/17 [D.I. 419], Exhibit C. | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |
| 14B | A.B. Plumbing Contractor, Inc.<br>24526 Marbella Ave.<br>Carson, CA 90745<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured | Claim #14 disallowed as duplicative of claim #2 pursuant to Court Order dated 11/28/16 [D.I. 373].  Claim #14 reclassified from a priority claim to a general unsecured claim pursuant to Court Order dated 12/11/2017 [D.I. 420].  Claim #2, filed in the wrong case (see Exhibit C) disallowed as duplicative of claim #14 (see Exhibit B) pursuant to Court Order dated 12/11/17 [D.I. 419].  Claims #2 and #14 transferred to case no. 13-11500, pursuant to Court Order dated 12/11/17 [D.I. 419], Exhibit C. | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |

**Exhibit C**

**Claims Register**

**Case: 13-11499- BLS INTROCAN INC.**

**Claims Bar Date:**    11/4/13 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15A | M&T BANK | Secured | | $ 59,064,404.16 | $0.00 | $0.00 |
| | 2700 TWO COMMERCE SQUARE 2001 MARKET STREET Philadelphia, PA 19103 | | | $ 0.00 | | |
| | | | M&T Bank filed proofs of claim in all of the Debtors' Bankruptcy Cases.  In accordance with the Court Order dated 12/11/2017 [D.I.421], M&T Bank's proofs of claim against the Estates are reduced dollar-for-dollar for any distributions received by M&T Bank on account of such claims from any of the Estates.  Accordingly, the M&T Bank proofs of claim identified on Exhibits "B" through "E" attached to the Court Order are reclassified and allowed for the modified amount to account for each prior interim distribution received by M&T Bank. | | | |
| | <4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)>, 100 | | | | | |
| 15B | M&T BANK | Unsecured | | $ 0.00 | $437,228.06 | $31,009,809.24 |
| | 2700 TWO COMMERCE SQUARE 2001 MARKET STREET Philadelphia, PA 19103 | | | $ 31,447,037.30 | | |
| | | | M&T Bank filed proofs of claim in all of the Debtors' Bankruptcy Cases.  In accordance with the Court Order dated 12/11/2017 [D.I.421], M&T Bank's proofs of claim against the Estates are reduced dollar-for-dollar for any distributions received by M&T Bank on account of such claims from any of the Estates.  Accordingly, the M&T Bank proofs of claim identified on Exhibits "B" through "E" attached to the Court Order are reclassified and allowed for the modified amount to account for each prior interim distribution received by M&T Bank. | | | |
| | <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | | | | | |
| 16 | M&T BANK | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | 2700 TWO COMMERCE SQUARE 2001 MARKET STREET Philadelphia, PA 19103 | | | $ 0.00 | | |
| | | | Claim withdrawn pursuant to Notice filed 11/17/2017 [D.I. 79] | | | |
| | <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | | | | | |

Printed: 07/23/2018 10:41 AM

**Exhibit C**

Page: 8

**Claims Register**

**Case: 13-11499- BLS INTROCAN INC.**

**Claims Bar Date:** 11/4/13 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17 | M&T BANK<br><br>2700 TWO COMMERCE SQUARE<br>2001 MARKET STREET<br>Philadelphia, PA 19103<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured | | $ 712,000.00<br>$ 689,718.10 | $9,548.76 | $680,169.34 |
| | | | M&T Bank filed proofs of claim in all of the Debtors' Bankruptcy Cases. In accordance with the Court Order dated 12/11/2017 [D.I.421], M&T Bank's proofs of claim against the Estates are reduced dollar-for-dollar for any distributions received by M&T Bank on account of such claims from any of the Estates. Accordingly, the M&T Bank proofs of claim identified on Exhibits "B" through "E" attached to the Court Order are reclassified and allowed for the modified amount to account for each prior interim distribution received by M&T Bank. | | | |
| 18 | M&T Bank<br><br>2700 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br><br><4210-00 Personal Property & Intangibles - Consensual Liens>, 100 | Secured | Claim withdrawn pursuant to Notice filed 11/17/2017 [D.I. 79] | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |
| 19 | M&T BANK<br><br>2700 TWO COMMERCE SQUARE<br>2001 MARKET STREET<br>Philadelphia, PA 19103<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured | Claim withdrawn pursuant to Notice filed 11/17/2017 [D.I. 79] | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |
| 20 | M&T BANK<br><br>2700 TWO COMMERCE SQUARE<br>2001 MARKET STREET<br>Philadelphia, PA 19103<br><br><4210-00 Personal Property & Intangibles - Consensual Liens>, 100 | Secured | Claim withdrawn pursuant to Notice filed 11/17/2017 [D.I. 79] | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |

# Exhibit C

## Claims Register

### Case: 13-11499- BLS INTROCAN INC.

**Claims Bar Date:**   11/4/13 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 21 | M&T BANK<br><br>2700 TWO COMMERCE SQUARE<br>2001 MARKET STREET<br>Philadelphia, PA 19103<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured | | $ 238,128.48<br>$ 230,676.29 | $3,193.58 | $227,482.71 |
| | | | M&T Bank filed proofs of claim in all of the Debtors' Bankruptcy Cases.  In accordance with the Court Order dated 12/11/2017 [D.I.421], M&T Bank's proofs of claim against the Estates are reduced dollar-for-dollar for any distributions received by M&T Bank on account of such claims from any of the Estates.  Accordingly, the M&T Bank proofs of claim identified on Exhibits "B" through "E" attached to the Court Order are reclassified and allowed for the modified amount to account for each prior interim distribution received by M&T Bank. | | | |
| 22 | M&T BANK<br><br>2700 TWO COMMERCE SQUARE<br>2001 MARKET STREET<br>Philadelphia, PA 19103<br><br><4210-00 Personal Property & Intangibles - Consensual Liens>, 100 | Secured | | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |
| | | | Claim withdrawn pursuant to Notice filed 11/17/2017 [D.I. 79] | | | |
| 23 | Daniel J Bartholomew<br><br>333 Grape Street<br>Lock Haven, PA 17745<br><br><5300-00 Wages - § 507(a)(4)>, 510 | Priority Unsecured | | $ 2,416.87<br>$ 0.00 | $0.00 | $0.00 |
| | | | Claim satisfied pursuant to WARN Act settlement resolved in District Court | | | |
| 24 | DAVID A CAMP<br><br>447 CHESTNUT STREET<br>Mifflinburg, PA 17844<br><br><5300-00 Wages - § 507(a)(4)>, 510 | Priority Unsecured | | $ 2,379.30<br>$ 0.00 | $0.00 | $0.00 |
| | | | Claim satisfied pursuant to WARN Act settlement resolved in District Court | | | |

**Exhibit C**

**Claims Register**

**Case: 13-11499- BLS INTROCAN INC.**

**Claims Bar Date:**   11/4/13 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---------|-------------------------------------|------------|---------------------|----------------------|--------------|---------------|
| 25 | CLAIR A TROUTMAN<br>32 PINE RIDGE ROAD<br>Lewisburg, PA 17837<br><br><5300-00 Wages - § 507(a)(4)>, 510 | Priority Unsecured | Claim satisfied pursuant to WARN Act settlement resolved in District Court | $ 2,862.30<br>$ 0.00 | $0.00 | $0.00 |
| 26 | American InfoSource LP as agent for<br>Verizon<br>PO BOX 248838<br>Oklahoma City, OK 73124-8838<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured | MEMO: (26-1) Account Number (last 4 digits):2747 | $ 104.06<br>$ 104.06 | $1.44 | $102.62 |
| 87FAP | BDO Canada, LLP<br>1 City Centre Drive, Suite 1700<br>Mississauga, ON L5B 1M2<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured | Claim filed in the amount of $203,631.15 allowed in the amount of $192,783.15 in Case No. 13-11500; allowed and transferred in the amount of $8,814.00 to Case No. 13-11502; and allowed and transferred in the amount of $2,034.00 to Case No. 13-11499 pursuant to Court Order dated 12/11/17 [D.I. 419].  Claim filed in CAN currency. | $ 2,034.00<br>$ 2,034.00 | $28.16 | $2,005.84 |

**Case Total:**   $484,189.82   $31,923,767.74

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 13-11499- BLS
Case Name: INTROCAN INC.
Trustee Name: George L. Miller

**Balance on hand:**   $   132,714.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15A | M&T BANK | 59,064,404.16 | 0.00 | 0.00 | 0.00 |
| 18 | M&T Bank | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 | M&T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 | M&T BANK | 0.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   132,714.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - George L. Miller | 13,308.91 | 11,265.52 | 2,043.39 |
| Accountant for Trustee, Fees - Miller Coffey Tate LLP | 24,946.50 | 22,794.50 | 2,152.00 |
| Accountant for Trustee, Expenses - Miller Coffey Tate LLP | 132.40 | 129.80 | 2.60 |

Total to be paid for chapter 7 administrative expenses:   $   4,197.99
Remaining balance:   $   128,516.59

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   128,516.59

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | A.B. Plumbing Contractor, Inc. | 0.00 | 0.00 | 0.00 |
| 3 | David A. Crust Jr. | 0.00 | 0.00 | 0.00 |
| 4-1 | FASTENAL COMPANY | 0.00 | 0.00 | 0.00 |
| 5 | Ken Shaw Lexus Toyota | 0.00 | 0.00 | 0.00 |
| 8 | Kelly L. Glozzer | 0.00 | 0.00 | 0.00 |
| 9 | Kristi M. Shuford | 0.00 | 0.00 | 0.00 |
| 11 | ROBIN E WIRTH | 0.00 | 0.00 | 0.00 |
| 12 | JASON LEWIS | 0.00 | 0.00 | 0.00 |
| 14A | A.B. Plumbing Contractor, Inc. | 0.00 | 0.00 | 0.00 |
| 23 | Daniel J Bartholomew | 0.00 | 0.00 | 0.00 |
| 24 | DAVID A CAMP | 0.00 | 0.00 | 0.00 |
| 25 | CLAIR A TROUTMAN | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 128,516.59

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $32,369,569.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Great Match Consulting | 0.00 | 0.00 | 0.00 |
| 4-2 | FASTENAL COMPANY | 0.00 | 0.00 | 0.00 |
| 6 | BEARINGS 2000 SALES CO | 0.00 | 0.00 | 0.00 |
| 7 | Northern California Labels Inc | 0.00 | 0.00 | 0.00 |
| 10 | HAINING AUTOMANN PARTS CO.,LTD | 0.00 | 0.00 | 0.00 |
| 13 | Cromac Inc | 0.00 | 0.00 | 0.00 |
| 14B | A.B. Plumbing Contractor, Inc. | 0.00 | 0.00 | 0.00 |
| 15B | M&T BANK | 31,447,037.30 | 437,228.06 | 124,800.53 |
| 16 | M&T BANK | 0.00 | 0.00 | 0.00 |
| 17 | M&T BANK | 689,718.10 | 9,548.76 | 2,778.05 |
| 19 | M&T BANK | 0.00 | 0.00 | 0.00 |
| 21 | M&T BANK | 230,676.29 | 3,193.58 | 929.12 |
| 26 | American InfoSource LP as agent for | 104.06 | 1.44 | 0.44 |
| 87FAP | BDO Canada, LLP | 2,034.00 | 28.16 | 8.45 |

Total to be paid for timely general unsecured claims:  $    128,516.59
Remaining balance:  $          0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims:  $          0.00
Remaining balance:  $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00