**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: INTROCAN INC. § Case No. 13-11499- BLS
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

  George L. Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $7,990,294.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $578,516.59 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $48,523.21 | | |

  3) Total gross receipts of $627,039.80 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $627,039.80 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $131,686,897.02 | $59,064,404.16 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $48,523.21 | $48,523.21 | $48,523.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $14,883.75 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $7,070,635.00 | $1,002,668.54 | $32,369,569.75 | $578,516.59 |
| **TOTAL DISBURSEMENTS** | $138,757,532.02 | $60,130,479.66 | $32,418,092.96 | $627,039.80 |

4) This case was originally filed under chapter 7 on 06/10/2013.  The case was pending for 77 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   11/12/2019            By: /s/ George L. Miller
                                                          Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Scheduled Administrative Cost Reimbursement | 1229-000 | $12,933.90 |
| RECOVERY FROM CLAIMS AGAINST MPA AND D&O | 1249-000 | $614,105.90 |
| **TOTAL GROSS RECEIPTS** | | **$627,039.80** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15A | M&T BANK | 4110-000 | $59,026,897.02 | $59,064,404.16 | $0.00 | $0.00 |
| 18 | M&T Bank | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | M&T BANK | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | M&T BANK | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/F | Motorcar Parts of America, Inc. | 4210-000 | $52,631,380.00 | NA | NA | NA |
| N/F | Wanaxing America Corporation | 4210-000 | $20,028,620.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$131,686,897.02** | **$59,064,404.16** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - George L. Miller | 2100-000 | NA | $13,308.91 | $13,308.91 | $13,308.91 |
| Accountant for Trustee, Fees - Miller Coffey Tate LLP | 3310-000 | NA | $24,946.50 | $24,946.50 | $24,946.50 |
| Accountant for Trustee, Expenses - Miller Coffey Tate LLP | 3320-000 | NA | $132.40 | $132.40 | $132.40 |
| Bond Payments - International Sureties LTD | 2300-000 | NA | $289.80 | $289.80 | $289.80 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,133.47 | $2,133.47 | $2,133.47 |
| Banking and Technology Service Fee - Union Bank | 2600-000 | NA | $7,712.13 | $7,712.13 | $7,712.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$48,523.21** | **$48,523.21** | **$48,523.21** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | A.B. Plumbing Contractor, Inc. | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | David A. Crust Jr. | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4-1 | FASTENAL COMPANY | 5200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Ken Shaw Lexus Toyota | 5200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | Kelly L. Glozzer | 5300-000 | $0.00 | $2,458.60 | $0.00 | $0.00 |
| 9 | Kristi M. Shuford | 5300-000 | $0.00 | $2,393.68 | $0.00 | $0.00 |
| 11 | ROBIN E WIRTH | 5300-000 | $0.00 | $2,373.00 | $0.00 | $0.00 |
| 12 | JASON LEWIS | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14A | A.B. Plumbing Contractor, Inc. | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | Daniel J Bartholomew | 5300-000 | $0.00 | $2,416.87 | $0.00 | $0.00 |
| 24 | DAVID A CAMP | 5300-000 | $0.00 | $2,379.30 | $0.00 | $0.00 |
| 25 | CLAIR A TROUTMAN | 5300-000 | $0.00 | $2,862.30 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$14,883.75** | **$0.00** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Great Match Consulting | 7100-000 | $0.00 | $50,402.00 | $0.00 | $0.00 |
| 4-2 | FASTENAL COMPANY | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | BEARINGS 2000 SALES CO | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | Northern California Labels Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | HAINING AUTOMANN PARTS CO.,LTD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | Cromac Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14B | A.B. Plumbing Contractor, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15B | M&T BANK | 7100-000 | $0.00 | $0.00 | $31,447,037.30 | $562,028.59 |
| 16 | M&T BANK | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | M&T BANK | 7100-000 | $0.00 | $712,000.00 | $689,718.10 | $12,326.81 |
| 19 | M&T BANK | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | M&T BANK | 7100-000 | $0.00 | $238,128.48 | $230,676.29 | $4,122.70 |
| 26 | American InfoSource LP as agent for | 7100-000 | $0.00 | $104.06 | $104.06 | $1.88 |
| 87FAP | BDO Canada, LLP | 7100-000 | NA | $2,034.00 | $2,034.00 | $28.16 |
| 87FAP | Clerk of Court - BDO Canada, LLP | 7100-001 | NA | NA | NA | $8.45 |
| N/F | Flo-Pro | 7100-000 | $5,784,719.00 | NA | NA | NA |
| N/F | LH Distribution | 7100-000 | $522,124.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Rafko Holdings | 7100-000 | $763,792.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$7,070,635.00** | **$1,002,668.54** | **$32,369,569.75** | **$578,516.59** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 13-11499- BLS  
**Case Name:** INTROCAN INC.  
**For Period Ending:** 11/12/2019

**Trustee Name:** (280160) George L. Miller  
**Date Filed (f) or Converted (c):** 06/10/2013 (f)  
**§ 341(a) Meeting Date:** 07/17/2013  
**Claims Bar Date:** 11/04/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PREPAID LOCAL INCOME TAX | 109,234.00 | 109,234.00 | | 0.00 | FA |
| 2 | INVESTMENT IN FLO-PRO<br><br>Debtor will not receive any equity distribution. The subsidiary is a debtor, case no. 11-11501 | 1.00 | 0.00 | | 0.00 | FA |
| 3 | INVESTMENT IN LH DISTRIBUTION<br><br>Debtor will not receive any equity distribution. The subsidiary is a debtor, case no. 11-11502 | 1.00 | 0.00 | | 0.00 | FA |
| 4 | INVESTMENT IN RAFKO HOLDINGS<br><br>Debtor will not receive any equity distribution. The subsidiary is a debtor, case no. 11-11505 | 240,001.00 | 0.00 | | 0.00 | FA |
| 5 | INTERCOMPANY RECEIVABLE - MPA<br><br>Resolved as part of the Global Settlement with MPA dated 11/16/2015 [D.I. 281] (see asset #7) | 828,406.00 | 828,406.00 | | 0.00 | FA |
| 6 | INTERCOMPANY RECEIVABLE - FENWICK<br><br>No distribution from Fenwick to this Debtor is anticipated by the Trustee. | 6,812,651.00 | 0.00 | | 0.00 | FA |
| 7 | RECOVERY FROM CLAIMS AGAINST MPA AND D&O (u) | 614,105.90 | 614,105.90 | | 614,105.90 | FA |
| 8 | Scheduled Administrative Cost Reimbursement (u) | 12,933.90 | 12,933.90 | | 12,933.90 | FA |
| 8 | **Assets Totals (Excluding unknown values)** | **$8,617,333.80** | **$1,564,679.80** | | **$627,039.80** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 08/31/2016    **Current Projected Date Of Final Report (TFR):** 07/23/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 13-11499- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | INTROCAN INC. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***8230 | Account #: | ******2816 CHECKING |
| For Period Ending: | 11/12/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/05/16 | {7} | Fenwick Automotive Products Limited | Allocation of the Estate Share of MPA Litigation Settlement Proceeds pursuant to Court Order dated 11/28/2016 [D.I. 372] | 1249-000 | 614,105.90 |  | 614,105.90 |
| 12/05/16 | 600001 | Miller Coffey Tate LLP | 1st Fee and Expense Application pursuant to Court Order dated 12/02/13 [D.I. 109] |  |  | 8,791.40 | 605,314.50 |
|  |  | Miller Coffey Tate LLP | Fees  $8,747.50 | 3310-000 |  |  |  |
|  |  | Miller Coffey Tate LLP | Expenses  $43.90 | 3320-000 |  |  |  |
| 12/05/16 | 600002 | Miller Coffey Tate LLP | 2nd Fee and Expense Application pursuant to Court Order dated 08/15/14 [D.I. 137] |  |  | 781.20 | 604,533.30 |
|  |  | Miller Coffey Tate LLP | Expenses  $40.20 | 3320-000 |  |  |  |
|  |  | Miller Coffey Tate LLP | Fees  $741.00 | 3310-000 |  |  |  |
| 12/05/16 | 600003 | Miller Coffey Tate LLP | 3rd Fee and Expense Application pursuant to Court Order dated 12/02/14 [D.I. 149] |  |  | 319.00 | 604,214.30 |
|  |  | Miller Coffey Tate LLP | Fees  $315.00 | 3310-000 |  |  |  |
|  |  | Miller Coffey Tate LLP | Expenses  $4.00 | 3320-000 |  |  |  |
| 12/05/16 | 600004 | Miller Coffey Tate LLP | 4th Fee and Expense Application pursuant to Court Order dated 07/13/15 [D.I. 238] |  |  | 65.10 | 604,149.20 |
|  |  | Miller Coffey Tate LLP | Fees  $61.00 | 3310-000 |  |  |  |
|  |  | Miller Coffey Tate LLP | Expenses  $4.10 | 3320-000 |  |  |  |
| 12/05/16 | 600005 | Miller Coffey Tate LLP | 5th Fee and Expense Application pursuant to Court Order dated 11/16/15 [D.I. 280] |  |  | 1,451.60 | 602,697.60 |
|  |  | Miller Coffey Tate LLP | Expenses  $1.10 | 3320-000 |  |  |  |
|  |  | Miller Coffey Tate LLP | Fees  $1,450.50 | 3310-000 |  |  |  |
| 12/05/16 | 600006 | Miller Coffey Tate LLP | 6th Fee and Expense Application pursuant to Court Order dated 05/24/16 [D.I. 338] |  |  | 730.60 | 601,967.00 |
|  |  | Miller Coffey Tate LLP | Expenses  $13.60 | 3320-000 |  |  |  |
|  |  | Miller Coffey Tate LLP | Fees  $717.00 | 3310-000 |  |  |  |
| 12/05/16 | 600007 | Miller Coffey Tate LLP | 7th Fee and Expense Application pursuant to Court Order dated 11/28/16 [D.I. 375] Voided on 12/05/2016 |  |  | 730.60 | 601,236.40 |

**Page Subtotals:**  $614,105.90   $12,869.50

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| **Case No.:** | 13-11499- BLS | **Trustee Name:** | George L. Miller (280160) |
|---|---|---|---|
| **Case Name:** | INTROCAN INC. | **Bank Name:** | UNION BANK |
| **Taxpayer ID #:** | **-***8230 | **Account #:** | ******2816 CHECKING |
| **For Period Ending:** | 11/12/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Miller Coffey Tate LLP | Fees $717.00 | 3310-004 | | | |
| | | Miller Coffey Tate LLP | Expenses $13.60 | 3320-004 | | | |
| 12/05/16 | 600007 | Miller Coffey Tate LLP | 7th Fee and Expense Application pursuant to Court Order dated 11/28/16 [D.I. 375] Voided: check issued on 12/05/2016 | | | -730.60 | 601,967.00 |
| | | Miller Coffey Tate LLP | Fees $717.00 | 3310-004 | | | |
| | | Miller Coffey Tate LLP | Expenses $13.60 | 3320-004 | | | |
| 12/05/16 | 600008 | Miller Coffey Tate LLP | 7th Fee and Expense Application pursuant to Court Order dated 11/28/16 [D.I. 375] | | | 796.90 | 601,170.10 |
| | | Miller Coffey Tate LLP | Fees $787.50 | 3310-000 | | | |
| | | Miller Coffey Tate LLP | Expenses $9.40 | 3320-000 | | | |
| 01/12/17 | 600009 | International Sureties LTD | Blanket Bond Renewal Bond #016026389 from 01/01/17 to 01/01/18 | 2300-000 | | 289.80 | 600,880.30 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 747.36 | 600,132.94 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 893.16 | 599,239.78 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 805.57 | 598,434.21 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 890.46 | 597,543.75 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 860.51 | 596,683.24 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 887.84 | 595,795.40 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 858.03 | 594,937.37 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 885.24 | 594,052.13 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 883.96 | 593,168.17 |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO RABOBANK | 9999-000 | | 593,168.17 | 0.00 |

**Page Subtotals:**    $0.00    $601,236.40

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 3

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 13-11499- BLS | **Trustee Name:** | George L. Miller (280160) | |
| **Case Name:** | INTROCAN INC. | **Bank Name:** | UNION BANK | |
| **Taxpayer ID #:** | **-***8230 | **Account #:** | ******2816 CHECKING | |
| **For Period Ending:** | 11/12/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | **614,105.90** | **614,105.90** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 593,168.17 | |
| | | | **Subtotal** | | **614,105.90** | **20,937.73** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$614,105.90** | **$20,937.73** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 13-11499- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | INTROCAN INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8230 | Account #: | ******4866 Checking Account |
| For Period Ending: | 11/12/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS FROM UNION BANK | 9999-000 | 593,168.17 | | 593,168.17 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 426.59 | 592,741.58 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 852.57 | 591,889.01 |
| 12/11/17 | 700001 | M&T BANK | Interim payment of 1.4% pursuant to Court Order dated 12/11/17 [D.I. 421] | | | 449,970.40 | 141,918.61 |
| | | M&T BANK | Interim payment of claim #15 - 1.4% pursuant to Court Order dated 12/11/17 [D.I. 421]<br>$437,228.06 | 7100-000 | | | |
| | | M&T BANK | Interim payment of claim #17 - 1.4% pursuant to Court Order dated 12/11/17 [D.I. 421]<br>$9,548.76 | 7100-000 | | | |
| | | M&T BANK | Interim payment of claim #21 - 1.4% pursuant to Court Order dated 12/11/17 [D.I. 421]<br>$3,193.58 | 7100-000 | | | |
| 12/11/17 | 700002 | Miller Coffey Tate LLP | 8th Interim fee app pursuant to Court Order dated 12/11/2017 [D.I. 422] | | | 9,988.50 | 131,930.11 |
| | | Miller Coffey Tate LLP | Fees (8th Interim)<br>$9,975.00 | 3310-000 | | | |
| | | Miller Coffey Tate LLP | Expenses (8th Interim)<br>$13.50 | 3320-000 | | | |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 470.12 | 131,459.99 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 207.99 | 131,252.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 176.20 | 131,075.80 |
| 03/05/18 | 700003 | American InfoSource LP as agent for | Interim payment of 1.4% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 1.44 | 131,074.36 |
| 03/05/18 | 700004 | BDO Canada, LLP | Interim payment of 1.4% pursuant to Court Order dated 12/11/17 [D.I. 421] | 7100-000 | | 28.16 | 131,046.20 |
| 04/02/18 | 700005 | Fenwick Automotive Products, Ltd. | Reimbursement of Trustee compensation - Interim Distribution to George L. Miller, Trustee. Payment to Fenwick Automotive from Introcan Inc. for Trustee Compensation allowed pursuant to Court Order dated 11/16/15 [D.I. 281], and paid from Fenwick on 01/11/16 (check #605001) | 2100-000 | | 11,265.52 | 119,780.68 |
| 04/25/18 | {8} | Fenwick Automotive Products Limited | Reimbursement of Scheduled Administrative Costs in accordance with Court Order dated 07/31/2015 [D.I. 240] | 1229-000 | 12,933.90 | | 132,714.58 |
| 06/07/19 | 700006 | George L. Miller | Distribution payment - Claim #FEE Dividend paid at 15.35% of $13,308.91 pursuant to Court Order dated 06/05/2019 [D.I. 86] | 2100-000 | | 2,043.39 | 130,671.19 |

Page Subtotals: $606,102.07  $475,430.88

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| **Case No.:** | 13-11499- BLS | **Trustee Name:** | George L. Miller (280160) |
|---|---|---|---|
| **Case Name:** | INTROCAN INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***8230 | **Account #:** | ******4866 Checking Account |
| **For Period Ending:** | 11/12/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/07/19 | 700007 | Miller Coffey Tate LLP | Distribution payment - Claim #MCTEXP Dividend paid at 1.96% of $132.40 pursuant to Court Order dated 06/05/2019 [D.I. 86] | 3320-000 | | 2.60 | 130,668.59 |
| 06/07/19 | 700008 | Miller Coffey Tate LLP | Distribution payment - Claim #MCTFEE Dividend paid at 8.63% of $24,946.50 pursuant to Court Order dated 06/05/2019 [D.I. 86] | 3310-000 | | 2,152.00 | 128,516.59 |
| 06/07/19 | 700009 | M&T BANK | Distribution payment - Claim #15B Dividend paid at 0.40% of $31,447,037.30 pursuant to Court Order dated 06/05/2019 [D.I. 86] | 7100-000 | | 124,800.53 | 3,716.06 |
| 06/07/19 | 700010 | M&T BANK | Distribution payment - Claim #17 Dividend paid at 0.40% of $689,718.10 pursuant to Court Order dated 06/05/2019 [D.I. 86] | 7100-000 | | 2,778.05 | 938.01 |
| 06/07/19 | 700011 | M&T BANK | Distribution payment - Claim #21 Dividend paid at 0.40% of $230,676.29 pursuant to Court Order dated 06/05/2019 [D.I. 86] | 7100-000 | | 929.12 | 8.89 |
| 06/07/19 | 700012 | American InfoSource LP as agent for | Distribution payment - Claim #26 Dividend paid at 0.42% of $104.06 pursuant to Court Order dated 06/05/2019 [D.I. 86] | 7100-000 | | 0.44 | 8.45 |
| 06/07/19 | 700013 | BDO Canada, LLP | Distribution payment - Claim #87FAP Dividend paid at 0.42% of $2,034.00 pursuant to Court Order dated 06/05/2019 [D.I. 86] Stopped on 09/05/2019 | 7100-005 | | 8.45 | 0.00 |
| 09/05/19 | 700013 | BDO Canada, LLP | Distribution payment - Claim #87FAP Dividend paid at 0.42% of $2,034.00 pursuant to Court Order dated 06/05/2019 [D.I. 86] Stopped: check issued on 06/07/2019 | 7100-005 | | -8.45 | 8.45 |
| 10/22/19 | 700014 | Clerk of Court | Turnover of Unclaimed Funds pursuant to Court Order dated 10/22/2019 [D.I. 93]. | 7100-001 | | 8.45 | 0.00 |
| | | | **COLUMN TOTALS** | | 606,102.07 | 606,102.07 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 593,168.17 | 0.00 | |
| | | | **Subtotal** | | 12,933.90 | 606,102.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,933.90** | **$606,102.07** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 13-11499- BLS | | **Trustee Name:** | George L. Miller (280160) |
| **Case Name:** | INTROCAN INC. | | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***8230 | | **Account #:** | ******4866 Checking Account |
| **For Period Ending:** | 11/12/2019 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $627,039.80 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $627,039.80 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2816 CHECKING | $614,105.90 | $20,937.73 | $0.00 |
| ******4866 Checking Account | $12,933.90 | $606,102.07 | $0.00 |
| | **$627,039.80** | **$627,039.80** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)